**FOURTEENTH COURT OF APPEALS**
**301 Fannin, Room 245**
**Houston, Texas 77002**


**To: Chris Daniel**                                        **February 04, 2015**

**County:  Harris (Criminal)**

**Subject:  RETURN OF ORIGINAL EXHIBITS**

**Please acknowledge the receipt of the original exhibits listed below. Please sign and return the original to this court.**


| 14-13-00769-CR | Shawn Mayreis v The State of Texas | 1340556 |
|---|---|---|
| | State's Exhibits 21-31, photographs | |
| | State's Exhibit 33-37, photographs | |


Received by: _____

Received on: _____